# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 24-cr-197 (ECT/LIB) |
| | ) | Date: July 19, 2024 |
| Lucas Mathew Kramer, | ) | Courthouse: Duluth |
| | ) | Courtroom: Zoom from Courtroom 3 |
| Defendant, | ) | Court Reporter: Digital Recorder |
| | | Time Commenced: 2:25 p.m. |
| | | Time Concluded: 3:32 p.m. |
| | | Time in Court: 1 hour 7 minutes |

## APPEARANCES:

Plaintiff: Emily Polachek, Assistant U.S. Attorney
Defendant: Chris Keyser and Andrew Poole, retained
Pretrial Services: Houa Vang

Date Charges Filed: 7/16/2024  Offense: 18:2252(a)(4)(B) and 2252(b)(2) Possession Of Child Pornography(1)

X Waived Reading of Charges    X Advised of Rights    on    X Indictment

X Government moves to unseal the case.    X Granted

X Defendant released with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
  X Defendant consents to this hearing via video conference.
  X Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.

                                                                                                           s/JLB
                                                                                   Signature of Courtroom Deputy