# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:  Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:      24-cv-197 (ECT/LIB) |
| | ) | Date:      July 19, 2024 |
| Lucas Mathew Kramer, | ) | Court Reporter:   Digital Recording |
| | ) | Courthouse:   Duluth |
| Defendant. | ) | Courtroom:   3 |
| | | Time Commenced:   3:32 p.m. |
| | | Time Concluded:   3:38 p.m. |
| | | Time in Court:   6 minutes |

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Emily Polachek, Assistant U.S. Attorney |
| Defendant: | Chris Keyser and Andrew Poole, retained |
| Pretrial Services: | Houa Vang |

**Indictment Dated:** 7/16/2024

_ Reading of Indictment Waived      _ Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | 7/26/2024 |
| Defendant's Disclosures Due Date: | 8/2/2024 |
| Motion Filing Date: | TBD |
| Motion Response Date: | TBD |
| Notice of Intent to call Witnesses: | TBD |
| Responsive Notice Deadline: | TBD |
| Motion Hearing Date: | TBD before Magistrate Judge Leo I. Brisbois in Ctrm. 3 Duluth |
| Voir Dire/Jury Instruction Due Date: | TBD |
| Status Conference Date: | TBD |
| Trial Date: | TBD before Judge Eric C. Tostrud |

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

s/JLB
Signature of Courtroom Deputy