# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LUCAS MATHEW KRAMER,<br><br>　　　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.:　　　　24-CR-197(1) (ECT/LIB)<br>Date:　　　　　　October 11, 2024<br>Court Reporter:　Tim Willette<br>Courthouse:　　　St. Paul<br>Courtroom:　　　7D<br>Time in Court:　 11:00 a.m. – 11:45 a.m.<br>Total Time:　　　45 Minutes |

**APPEARANCES:**

　　For Plaintiff:　　Emily Polachek, Assistant United States Attorney
　　For Defendant:　Christopher Keyser
　　　　　　　　　　☐ FPD, ☐ CJA, ☒ Retained, ☐ Appointed

Interpreter/Language:　None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing.

☒ PLEA:
　　☒ Guilty as to Count 1 of the Indictment.

☒ Presentence Investigation and Report requested.

☒ Defendant released on previously imposed conditions.

s/ R. Morton
Courtroom Deputy
