UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-cr-00197 (ECT)

___

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR DOWNWARD VARIANCE** |
| Lucas Mathew Kramer, | |
| Defendant. | |

___

Defendant Lucas Kramer, through undersigned counsel, hereby moves the Court for a downward variance from the sentencing guidelines. This motion is based upon all the files and records in this case, the Defendant's Position Regarding Sentencing, the United States Sentencing Guidelines, and upon such other and further points and authorities as may be presented to the Court.

Dated: March 4, 2025

Respectfully submitted,

**Keyser Law, P.A.**

/s/ Christopher Keyser
Christopher Keyser (0389361)
Minneapolis Grain Exchange, Suite 310M
400 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 338-5007
Fax: (612) 454-2775
Email: chris@keyserdefense.com