# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LUCAS MATHEW KRAMER,<br><br>　　　　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.:　　　　24-CR-197(1) (ECT/LIB)<br>Date:　　　　　　March 19, 2025<br>Court Reporter:　Tim Willette<br>Courthouse:　　　St. Paul<br>Courtroom:　　　7D<br>Time in Court:　1:06 p.m. – 2:38 p.m.<br>Total Time:　　　1 Hour 32 Minutes |

**APPEARANCES:**

　　For Plaintiff:　　Jordan Sing, United States Attorney's Office
　　For Defendant:　Christopher Keyser, Keyser Law, P.A.
　　　　　　　　　　☐ FPD, ☐ CJA, ☑ Retained, ☐ Appointed

Interpreter/Language:　　None / English

☑ Sentencing

## IT IS ORDERED:

Defendant is sentenced as follows:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 78 Months | | 5 Years | | |

☑ Special Conditions of:　　　　*See J&C for special conditions.*

☑ Defendant sentenced to pay:
　　☑ Special assessment in the amount of $100.00 for Count 1.
　　☑ Restitution in the amount of $15,000.00.
　　☑ AVAA Assessment in the amount of $7,500.00.
☑ Defendant released on conditions previously imposed pending voluntary surrender.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ R. Morton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy